UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


ALEXANDER FLIE,

       Petitioner,

v.                                                         Case No. 07-10352
                                                           Honorable Thomas L. Ludington
JAN TROMBLEY,                             Magistrate Judge Charles E. Binder

       Respondent.
_____/

## ORDER DIRECTING RESPONDENT TO FILE THE TRANSCRIPT OF TRIAL

Petitioner Alexander Flie has filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. Respondent Jan Trombley has filed an answer to the habeas corpus petition through counsel and part of the state court record, including certain pretrial and appellate materials. Still needed for proper adjudication of Petitioner's claims is the transcript of trial. Respondent shall file the transcript of trial within **thirty (30) days** of the date of this order.

                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 10, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 10, 2008.

                                                       S/Gina Wilson
                                                     Judicial Assistant