UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALEXANDER L. FLIE,

        Petitioner,

v.                                      Case Number 07-10352
                                        Honorable Thomas L. Ludington

JAN E. TROMBLEY,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the judgment is entered in favor of Respondent and against Petitioner.

It is further **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: March 24, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 24, 2010.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS